```
 1   KEVIN V. RYAN  (CSBN.118321)
     United States Attorney
 2   JAY R. WEILL  (CSBN. 75434)
     Assistant United States Attorney
 3   Chief, Tax Division
     THOMAS MOORE  (ASBN 4305-T78O)
 4   Assistant United States Attorney
      10th Floor Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone:  (415) 436-6935

 7   Attorneys for United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **VIVANDE INC.,** | **Case No. C-05-02117-MJJ** |
| **Plaintiff,** | |
| v. | GRANTED |
| | **STIPULATION TO DISMISS AND ORDER** |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

It is hereby stipulated by and between plaintiff and defendant, through the defendants' undersigned counsel, that this matter be dismissed with prejudice, each to bear their own costs and attorneys' fees.

                        KEVIN V. RYAN
                        United States Attorney

/s/ David Porter               /s/ Thomas Moore
DAVID PORTER            THOMAS MOORE
Attorney for Plaintiff           Assistant United States Attorney
                        Tax Division
                        Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/11/2006             _/s/ Martin J. Jenkins_
                        UNITED STATES DISTRICT JUDGE